IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY F. CONELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | **8:20CV332**<br><br>**ORDER** |

1)	The motion to withdraw filed by Mandy L. Strigenz and the Nebraska Justice Law Firm, as counsel of record for Plaintiff (Filing No. 34), is granted.

2)	On or before February 22, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)	The clerk shall mail a copy of this order to Randy F. Conell, 6602 S. 81st Street, Ralston, NE 68127, and shall set a February 22, 2022 case management deadline.

February 1, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge