IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY F. CONELL, | |
| Plaintiff, | 8:20CV332 |
| vs. | |
| UNITED STATES OF AMERICA, | ORDER TO SHOW CAUSE |
| Defendant. | |

Plaintiff's former counsel was granted leave to withdraw on February 1, 2022. (Filing No. 35). The order granting counsel's leave to withdraw gave Plaintiff until February 22, 2022 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel. Plaintiff was also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 35). The order was mailed to Plaintiff. This mailing was not returned and Plaintiff failed to comply with the court's order.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until March 25, 2022 to show cause why the court should not dismiss Plaintiff Randy F. Conell's claims for want of prosecution and without further notice.

2) The clerk shall mail a copy of this order to:

Randy F. Conell,
6602 81st Street
Ralston, NE 68127

3) The clerk shall set a March 25, 2022 case management deadline.

Dated this 4th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge