IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY F. CONELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | 8:20CV332<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiff's motion to extend is granted. (Filing No. 37). On or before May 2, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

2) The clerk shall mail a copy of this order to Randy F. Conell, 6602 S. 81st Street, Ralston, NE 68127, and shall set a May 2, 2022 case management deadline.

3) The Clerk shall terminate the show cause deadline set in Filing No. 36.

Dated this 16th day of March, 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge