IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY F. CONELL,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | **8:20CV332**<br><br>**ORDER** |

1) The motion to withdraw filed by Justin W. High and Meaghan A. Geraghty, as counsel of record for Plaintiff (Filing No. 54), is granted and they shall no longer receive electronic notice in this case.

2) On or before November 29, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3) The Clerk shall mail a copy of this order to Randy F. Conell, 302 Crest Road, Papillion, Nebraska 68046, and shall set a November 29, 2022 case management deadline.

Dated this 8th day of November, 2022.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge